# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153979(65)

MARLETTE AUTO WASH, LLC,
      Plaintiff/Counterdefendant
      -Appellant,

v

VAN DYKE SC PROPERTIES, LLC,
      Defendant/Counterplaintiff
      -Appellee.
_____/

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

On order of the Chief Justice, the motion of defendant/counterplaintiff-appellee to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before July 27, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     July 12, 2017     

                               Clerk